## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5-12-07 | 286 Madison Ave Ste 2002 New York NY. 10016 |
| SERVED | DATE 5-17-07 | PLACE 475 North Ave New Rochelle, New York 10801 |

SERVED ON (PRINT NAME): Police Offer Arias Sh# 8951
Received By: Ms Gail Martin

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☒ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Aubrey C Weekes

TITLE: Process Server

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5/17/07
                DATE

SIGNATURE OF SERVER    920930

ADDRESS OF SERVER: P.O. Box 02 0412
Brooklyn N.Y. 11202 0412

ADDITIONAL INFORMATION