## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5-12-07 | 286 Madison Ave Sut 2002 New York N.Y. 10016 |
| SERVED | 5-17-07 | 475 North Ave New Rochelle New York 10801 |

**SERVED ON (PRINT NAME)**: Police Officer Rivera %0 New Rochelle Police Department, Received By: Ms Gail Martin

**FEES AND MILEAGE TENDERED TO WITNESS**: ☐ YES ☒ NO   AMOUNT $ _____

**SERVED BY (PRINT NAME)**: Aubrey C Weekes

**TITLE**: Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5/17/07
DATE

SIGNATURE OF SERVER   920930

P.O. Box 02 0412
ADDRESS OF SERVER

Brookly NY 11202 0412

ADDITIONAL INFORMATION