| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5-12-07 | PLACE 286 Madison Ave Sut 2002 New York N.Y. 10016 |
| SERVED | DATE 5-17-07 | PLACE 475 North Ave New Rochelle New York 10801 |
| SERVED ON (PRINT NAME) Police officer Weiner SL# 9792 Received By Ms Gail Martin | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO  AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Aubrey C Weekes | | TITLE Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  5/17/07
             DATE

SIGNATURE OF SERVER   920930

ADDRESS OF SERVER
P.O. Box 02 0412
Brooklyn N.Y. 11202-0412

ADDITIONAL INFORMATION