## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5-12-07 | 286 Madison Ave Ste 2002 New York N.Y. 10016 |
| SERVED | 5-17-07 | 515 North Ave New Rochelle, New York 10801 |

**SERVED ON (PRINT NAME)**
City of New Rochelle Law Dept
Received by: Michael Brooks

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES  ☑ NO   AMOUNT $ _____

**SERVED BY (PRINT NAME)**
Aubrey C Weekes

**TITLE**
Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___5/17/07___
DATE

SIGNATURE OF SERVER: [signature] 920930

ADDRESS OF SERVER:
P.O. Box 02 0412
Brooklyn N.Y. 11202-0412

**ADDITIONAL INFORMATION**