| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5-12-07 | PLACE 286 MADISON Ave Ste 2002 New York N.Y. 10016 |
| SERVED | DATE 5-17-07 | PLACE 148 MARTINE Ave Room 600 WhitePlanes N.Y. |
| SERVED ON (PRINT NAME) WESTCHESTER COUNTY | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) AUBREY G WEEKES | | TITLE Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  5/17/07
DATE

SIGNATURE OF SERVER   920930

P.O. Box 02 0412
ADDRESS OF SERVER

Brooklyn N.Y. 11202-0412

ADDITIONAL INFORMATION