WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the City Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
YIMI SOTO,                                                                     :

                                                                                    07 Civ. 3726 (SCR)

                                   Plaintiff,                                  :

        -against-                                                              :

THE CITY OF NEW ROCHELLE; POLICE OFFICER            :
WEINERMAN, SHEILD #9792; POLICE OFFICER ARIAS,
SHEILD #8951; POLICE OFFICER RIVERA, ALL                :
INDIVIDUALLY AND AS POLICE OFFICERS, AND
PATRICK J. CARROLL, AS POLICE COMMISSIONER OF    :
NEW ROCHELLE, AND INDIVIDUALLY, AND THE
COUNTY OF WESTCHESTER,                                          :

                                   Defendants.                                 :
--------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

        **PLEASE TAKE NOTICE** that the Defendants the City of New Rochelle, Marc

Weinerman, Isabel Arias, Rafael Rivera and Patrick J. Carroll (collectively the "City

Defendants") appear herein by their counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP,

demand that all notices given or required to be given in this case, and all papers served or

required to be served in this case be given and served upon the undersigned at the following

office address and telephone number:

                    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                    3 Gannett Drive
                                White Plains, NY 10604
                        Attn:  Peter A. Meisels, Esq.
                                 Lalit K. Loomba, Esq.

1580955.1

Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or

otherwise.

Dated: White Plains, New York
June 6, 2007

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
Attorneys for the City Defendants


By:   s/Peter A. Meisels
       Peter A. Meisels (PM 5018)

3 Gannett Drive
White Plains, NY  10604
Tel: (914) 323-7000
Fax: (914) 323-7001


TO:    Royce Russell, Esq.
       Emdin & Russell, LLP
       286 Madison Avenue, Suite 2002
       New York, New York 10016

       Shannon S. Brady, Esq.
       Senior Assistant County Attorney
       148 Martine Avenue, 6th Floor
       White Plains, New York 10601

1580955.1