WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the City Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   Peter A. Meisels (PM-5018)
          Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
YIMI SOTO,                                                                                      :

                                                 07 Civ. 3726 (SCR)

        Plaintiff,                                                             :

   -against-                                                                                :

THE CITY OF NEW ROCHELLE, POLICE OFFICER                          :
WEINERMAN, SHEILD #9792, POLICE OFFICER ARIAS,
SHEILD #8951, POLICE OFFICER RIVERA, ALL                              :
INDIVIDUALLY AND AS POLICE OFFICERS, AND
PATRICK J. CARROLL, AS POLICE COMMISSIONER OF          :
NEW ROCHELLE, AND INDIVIDUALLY AND THE COUNTY
OF WESTCHESTER,                                                                         :

        Defendants.                                                         :
-------------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK              )
                               )  ss.:
COUNTY OF WESTCHESTER          )

      Krissie Taylor, being duly sworn, deposes and says:  that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

      That on the 6th day of June, 2007, deponent served the document(s) entitled Answer upon:

                Shannon S. Brady, Esq.
                Senior Assistant County Attorney
                148 Martine Avenue, 6th Floor
                White Plains, New York 10601

1581695.1

- 2 -

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                s/Krissie Taylor
                                                                   Krissie Taylor

Sworn to before me this
6th day of June, 2007

s/Lalit K. Loomba
Notary Public
Lalit K. Loomba

Notary Public State of New York
No. 60-5006806
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Jan. 11, 2011

1581695.1