WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the City Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   Peter A. Meisels (PM-5018)
        Lalit K. Loomba (LL-9755)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
YIMI SOTO,                                                            :

                                                               07 Civ. 3726 (SCR)

                          Plaintiff,                                  :


       -against-                                                            :


THE CITY OF NEW ROCHELLE, POLICE OFFICER                  :
WEINERMAN, SHEILD #9792, POLICE OFFICER ARIAS,
SHEILD #8951, POLICE OFFICER RIVERA, ALL                  :
INDIVIDUALLY AND AS POLICE OFFICERS, AND
PATRICK J. CARROLL, AS POLICE COMMISSIONER OF             :
NEW ROCHELLE, AND INDIVIDUALLY AND THE COUNTY
OF WESTCHESTER,                                           :

                         Defendants.                              :
------------------------------------------------------------------------------x


## AFFIDAVIT OF SERVICE BY MAIL


STATE OF NEW YORK           )
                                   ) ss.:
COUNTY OF WESTCHESTER     )


      Krissie Taylor, being duly sworn, deposes and says:  that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

      That on the 7th day of June, 2007, deponent served the document(s) entitled Amended Answer:

            Shannon S. Brady, Esq.
            Senior Assistant County Attorney
            148 Martine Avenue, 6th Floor
            White Plains, New York 10601


1582157.1

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.


s/Krissie Taylor
Krissie Taylor


Sworn to before me this
7th day of June, 2007


s/Lalit K. Loomba
Notary Public
Lalit K. Loomba

Notary Public State of New York
No. 60-5006806
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Jan. 11, 2011

- 2 -

1582157.1