OCT-05-2007 10:54                                                                                    P.03

Robinson, J

*U.S. DISTRICT COURT FILED OCT 24 2007 W.P. S.D. OF N.Y.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
YIMY SOTO,

                    Plaintiffs,

    -against-

THE CITY OF NEW ROCHELLE,
POLICE OFFICER WEINERMAN, SHIELD #9792,
POLICE OFFICER ARIAS, SHIELD #8951, POLICE
OFFICER RIVERA, ALL INDIVIDUALLY AND AS
POLICE OFFICERS, AND PATRICK J. CARROLL, AS
POLICE COMMISSIONER OF NEW ROCHELLE, AND
INDIVIDUALLY AND THE COUNTY OF
WESTCHESTER,

                    Defendants.
----------------------------------------------------------x

07 CIV 3726 (SCR)

*Partial*

NOTICE OF DISMISSAL
AS TO THE COUNTY
OF WESTCHESTER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff, New Rochelle Defendants and Defendant, COUNTY OF WESTCHESTER ("County"), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as against defendant County, without costs, fees or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 5, 2007
       New York, New York

ENDIN & RUSSELL, LLP
Attorneys for Plaintiffs
By: Royce Russell (RR6961)
21 East 40th Street, Suite 2002
New York, New York 10016
(212) 683-3995

USDCSD NYWP    MICROFILM OCT 24 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated: October 15, 2007
      White Plains, New York

*Shannon S. Brady*
CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
Attorney for Defendant COUNTY
By:   Shannon S. Brady (SS9090)
       Sr. Assistant County Attorney, of Counsel
148 Martine Avenue, 6th Floor
600 Michaelian Office Building
White Plains, New York 10601
(914) 995-3740

Dated: October 11, 2007
      White Plains, New York

*Peter Meisels*
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER
Attorneys for New Rochelle Defendants
By:   Peter A. Meisels (PM 5018)
       Partner
3 Gannett Drive
White Plains, New York 10604-3407
(914) 323-7000

SO ORDERED:

_____
HON. STEPHEN C. ROBINSON
United States District Judge     (KMK)

dated: October 18, 2007