# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

**MEMO ENDORSED**

December 14, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re:   Yimi Soto v. The City of New Rochelle; Police Officer Weinerman, Sheild #9792; Police Officer Arias, Sheild #8951; Police Officer Rivera, all Individually and as Police Officers, and Patrick J. Carroll, as Police Commissioner of New Rochelle, and Individually, and The County of Westchester
Index No.: 07 Civ. 3726 (SCR)(KMK)
Our File No.: 07367.00061

Dear Judge Karas:

We represent the defendants in this civil rights action. Although the parties have completed much of the necessary discovery, party depositions and an independent medical examination of the plaintiff remain outstanding. Under the circumstances, all counsel request that the last day to complete discovery be extended from December 28, 2007 to March 14, 2008.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*[signature]*
Peter A. Meisels

PAM:kt
cc:   Royce Russell, Esq.

*Denied without prejudice to permit explanation for the request.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/18/07

1838977.1