```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIMY SOTO,

                      Plaintiff,

-v-

CITY OF NEW ROCHELLE et al,

                      Defendants.

Case No. 07-CV-3726 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      Plaintiff shall be permitted to depose Sergeant Danko within two weeks of the date of this Order. In addition, Plaintiff is ORDERED to respond to Defendants' pre-motion letter of May 14, 2008 within one week of this Order.

SO ORDERED.

Dated:     May 21, 2008
            White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE